# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THERESA SACCO AND JOSEPH PAUL SACCO,

      Plaintiffs,

Case No. 05-CV-74432-DT

v.

GENERAL MOTORS CORPORATION et al.,

      Defendants.
                                                    /

## ORDER CONFIRMING DISMISSAL

On January 6, 2006, Plaintiffs Theresa Sacco and Joseph Paul Sacco voluntarily dismissed the above-captioned matter, thereby ending this litigation. (*See* Dkt. # 20.) This matter, therefore, has been closed. Nonetheless, since that time, counsel has made periodic filings in this case, apparently not recognizing that this action is no longer pending before this court. Accordingly, for clarity of the record,

IT IS ORDERED that the above-captioned matter is DEEMED CLOSED as of January 6, 2006.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: March 17, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 17, 2006, by electronic and/or ordinary mail.

                                              S/Lisa G. Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522